1    UNITED STATES DISTRICT COURT

2    DISTRICT OF NEVADA

3    WILLIAM CARON,                                    Case No.  3:23-cv-00114-ART-CSD

4                                    Plaintiff              **ORDER**

5         v.

6    NEVADA DEPARTMENT OF
     CORRECTIONS, *et al.,*
7
                                    Defendants
8

9         On March 20, 2023, Plaintiff William Caron, an inmate in the custody of the Nevada

10   Department of Corrections, submitted a civil-rights complaint under 42 U.S.C. § 1983 and

11   filed a complete application to proceed *in forma pauperis*. (ECF Nos. 1-1, 1). Upon review,

12   the Court notes that Plaintiff did not sign the complaint. (*See* ECF No. 1-1 at 4). Federal

13   Rule of Civil Procedure 11(a) provides that every pleading, written motion, and other

14   paper must be signed by at least one attorney for the party or, if the party is not

15   represented by counsel, by the party personally. The Court cannot consider Plaintiff's

16   complaint because it is not signed. And Plaintiff must sign the complaint himself because

17   he is not represented by counsel.

18        IT IS THEREFORE ORDERED that Plaintiff has **until April 26, 2023**, to submit a

19   signed amended complaint to the Court.

20        Plaintiff is advised that an amended complaint replaces the original complaint, so

21   the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard

22   Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989). This means that submitting only

23   a signature page will not be enough. Plaintiff should file the amended complaint on this

24   Court's approved prisoner civil rights form, and it must be entitled "First Amended

25   Complaint."

26        IT IS FURTHER ORDERED that this action will be subject to dismissal without

27   prejudice if Plaintiff fails to file a signed amended complaint **by April 26, 2023**. A dismissal

28   without prejudice allows Plaintiff to file his claims with the Court, under a new case

number, when he can file a signed complaint in compliance with Rule 11 and Local Rule LSR 2-1.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff Caron the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original complaint, including exhibits (ECF No. 1-1).

DATED: March 27, 2023.

_____
UNITED STATES MAGISTRATE JUDGE