UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CARON,<br><br>  Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Defendants. | Case No.  3:23-cv-00114-ART-CSD<br><br><u>ORDER GRANTING</u><br><br>**STIPULATION<br>OF DISMISSAL WITH PREJUDICE** |

Plaintiff, William Caron, in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 19th day of December, 2023.

*[signature]*
WILLIAM CARON
*Plaintiff*

DATED: January 22, 2024

DATED this 18th day of January, 2024

AARON D. FORD
Attorney General

By: <u>/s/ Douglas R. Rands</u>
  DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
  *Attorneys for Interested Party*

**IT IS SO ORDERED.**

*[signature]*
**UNITED STATES DISTRICT JUDGE**

1